# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARD BUTLER,<br><br>       Petitioner,<br><br>  v.<br><br>SHERIFF STAN SNIFF,<br><br>       Respondent. | NO. EDCV 12-2293-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 17, 2015

                                           JOSEPHINE L. STATON
                                           United States District Judge